

# IN THE
# TENTH COURT OF APPEALS

### No. 10-22-00392-CV

**ROBERT W. GOODRUM, JR. AND GERALD G. GOODRUM,**
                                                    **Appellants**

**v.**

**VLADIMIR GOODRUM,**

                                                    **Appellee**

### From the 369th District Court
### Leon County, Texas
### Trial Court No. 20-0012CV

## MEMORANDUM OPINION

Appellants' Motion for Voluntary Dismissal was filed on May 26, 2023. In their motion, appellants assert that "Appellants and Appellee have entered into a settlement agreement that resolves all outstanding claims and controversies between the parties and Appellants no longer desire to prosecute this appeal."

Accordingly, appellants' Motion for Voluntary Dismissal is granted. This appeal is dismissed. TEX. R. APP. P. 42.1(a)(1); 43.2(f). There being no agreement as to costs, costs are taxed against appellants, jointly and severally. *Id.* (d).

TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Johnson, and
      Justice Smith
Motion granted; appeal dismissed
Opinion delivered and filed June 7, 2023
[CV06]

